# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:17-cr-00392-JCM-NJK |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| EDGAR LIMON, | ) | |
| | ) | (Docket No. 21) |
| Defendant. | ) | |
| | ) | |

Presently before the Court is Defendant's sealed *ex parte* motion for issuance of two Rule 17 subpoenas. Docket No. 21.[1] Although Defendant asks the Court to issue subpoenas, he fails to attach them to his motion. *See id*.

Accordingly,

**IT IS ORDERED** that Defendant's *ex parte* motion for subpoenas, Docket No. 21, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: April 9, 2018.

NANCY J. KOPPE
United States Magistrate Judge

---

[1]Although Defendant filed his motion *ex parte* and under seal, the Court does not seal this order or issue it *ex parte*. Defendant submits that he has already received copies of the requested documents from the United States, but found them illegible. Defendant further submits that he asked the United States to inspect the original documents, but the United States did not have them in its possession, necessitating the instant motion. As a result, Defendant has submitted no information that is unknown to the United States or should otherwise remain under seal.