RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_weksler@fd.org

Attorney for Edgar Limon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDGAR LIMON,<br><br>    Defendant. | Case No. 2:17-cr-000392-JCM-NJK<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Edgar Limon, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including August 20, 2018, within which to file the Defendant's pretrial motions currently due July 19, 2018.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 4, 2018, to file any and all responsive pleadings, currently due August 2, 2018.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 11, 2018, to file any and all replies to dispositive motions, currently due August 9, 2018.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to meet and discuss the case with her client.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 19th day of July, 2018.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Brenda Weksler*  
By_____  
BRENDA WEKSLER  
Assistant Federal Public Defender

DAYLE ELIESON  
United States Attorney

*/s/ Daniel J. Cowhig*  
By_____  
DANIEL J. COWHIG  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR LIMON,<br><br>　　　　　Defendant. | Case No. 2:17-cr-000392-JCM-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.　Counsel for the defendant needs additional time to meet and discuss the case with her client.

2.　The defendant is incarcerated and does not object to the continuance.

3.　The parties agree to the continuance.

4.　The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5.　Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS THEREFORE ORDERED that the parties herein shall have to and including |
| 3 | August 20, 2018, within which to file the Defendant's pretrial motions. |
| 4 | IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they |
| 5 | shall have to and including September 4, 2018 to file any and all responsive pleadings. |
| 6 | IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they |
| 7 | shall have to and including September 11, 2018 to file any and all replies to dispositive motions. |
| 8 | DATED July 26, 2018. |

*[Signature: James C. Mahan]*

UNITED STATES DISTRICT JUDGE