Prob12B
D/NV Form
Rev. June 2014

**United States District Court**
**for**
**the District of Nevada**

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**October 23, 2020**

Name of Offender: **Edgar Limon**

Case Number:  **2:17CR00392**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **January 25, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **23 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **October 28, 2020**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

**CAUSE**

On October 28, 2020, Mr. Limon is scheduled to commence supervision without an established residence. He is currently at Las Vegas Residential Reentry Center (RRC) serving the final portion of his custody sentence and has requested to remain at the RRC beyond his custody sentence. Therefore, we respectfully request that Your Honor modify his release conditions to include continued placement in the Residential Reentry Center for a period of up to 90 days. Such a placement will allow Mr. Limon sufficient time to establish independent living. The probation Form 49 was read and signed by the offender. The offender did not oppose the

## RE: Edgar Limon

Prob12B
D/NV Form
Rev. June 2014

modification and waived his right to both and attorney and hearing. The form is attached for the Court's review.

Respectfully submitted,

Digitally signed by
Brianna King
Date: 2020.10.23
08:54:56 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian
Blevins
Date: 2020.10.23
08:52:28 -07'00'

Brian Blevins
Supervisory United States Probation Officer

---

## *THE COURT ORDERS*

---

☐        No Action.

☐        The extension of supervision as noted above.

X         The modification of conditions as noted above

☐        Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

Signature of Judicial Officer

October 26, 2020

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

Witness _____ , Ramon Montes          Signed _____
          U.S. Probation Officer                              Probationer or Supervised Releasee

          _10/23/2020_
          Date