RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Edgar Limon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>EDGAR LIMON,<br><br>             Defendant. | Case No. 2:17-cr-00392-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Edgar Limon, that the Revocation Hearing currently scheduled on February 24, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than one week (7) days.

This Stipulation is entered into for the following reasons:

1.  Defense counsel has a sentencing hearing scheduled on the current day and time in *USA v. Cortes-Alvarez* 2:21-cr-00011-GMN-DJA.

2.  The defendant is out of custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of February, 2021.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>EDGAR LIMON,<br><br>      Defendant. | Case No. 2:17-cr-00392-JCM-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 24, 2021 at 10:00 a.m., be vacated and continued to March 17, 2021 at the hour of 10:00 a.m.

    DATED February 17, 2021.

                                                               UNITED STATES DISTRICT JUDGE